McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
)   2:07-SW-0303-KJM
        Plaintiff,       )
)
    v.                   )
)
IN RE:                   )   MOTION TO UNSEAL SEARCH
)   WARRANT AND PROPOSED ORDER
    SEARCH WARRANT       )
_____)

The United States, by and through its counsel, hereby applies to this court for an order to unseal the search warrant and its application and attachments in the above-captioned matter. The arrest has been made in connection with the criminal complaint filed in the parallel matter (MAG No. 2:07-MJ-0312 KJM), and thus the affidavit in support of the complaint has been unsealed. Because the affidavit in support of the search warrants issued in this matter is identical to the

affidavit that supports the complaint there is no reason for the search warrant and its application and attachments to remain sealed.

DATED: 10/22/07

McGREGOR W. SCOTT
United States Attorney

/s/ Courtney J. Linn

COURTNEY J. LINN
Assistant U.S. Attorney

## O R D E R

For cause shown, the United States' motion to unseal the search warrant, with its application and attachments, is GRANTED.

IT IS SO ORDERED.

DATED: 10/22/07

KIMBERLY J. MUELLER
United States Magistrate Judge